IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| MARK ADKINS, | CASE NO.: 5:17-01697-JMC |
| Plaintiff, | |
| -vs- | CONSENT ORDER FOR REMAND |
| FELTON ZEIGLER; ILG, LLC; ILG, INC., D/B/A 5018 BRISTOL; and INTERLINE LOGISTICS GROUP, LLC, | |
| Defendants. | |

Plaintiff Mark Adkins and Defendants Felton Zeigler; ILG, LLC; ILG, Inc., d/b/a 5018 Bristol; and Interline Logistics Group, LLC, by their respective undersigned counsel, hereby consent to the remand of this matter to the Court of Common Pleas for Calhoun County, State of South Carolina.

**IT IS NOW THEREFORE ORDERED** that this action be and is hereby remanded to the Court of Common Pleas for Calhoun County and the Clerk of this Court is **ORDERED** to transfer the file to the Clerk of Court for Calhoun County, South Carolina for further proceedings herein.

**AND IT IS SO ORDERED.**

s/J. Michelle Childs
J. MICHELLE CHILDS
United States District Judge

August 8, 2017

Columbia, South Carolina

1

| **I SO MOVE:** | **WE CONSENT:** |
|---|---|

| *s/Sherod H. Eadon, Jr.* | *s/Andrew L. Richardson, Jr.* |
|---|---|
| Sherod H. Eadon, Jr. | Andrew L. Richardson, Jr. |
| Fed. ID No.: 0658 | Fed. ID No.: 10102 |
| sherod@leiplaw.com | drew.richardson@mgclaw.com |
| Post Office Box 1505 | J. Adam Ribock, Fed. ID No. 12287 |
| Columbia, South Carolina 29202 | adam.ribock@mgclaw.com |
| (803) 799-9811 | 1320 Main Street, 10th Floor (29201) |
|  | Post Office Box 12519 |
| ATTORNEY FOR PLAINTIFF | Columbia, South Carolina 29211 |
|  | (803) 779-2300 |
|  | ATTORNEYS FOR DEFENDANTS |

**PROPOSED CONSENT ORDER FOR REMAND**
*Mark Adkins -vs- Felton Zeigler, et al.*
**Civil Action No.: 5:17-CV-01697-JMC**